**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10126 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-01867-RCC-HCE-1 |
| v. | |
| EDUARDO MARTINEZ-GLORIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief District Judge, Presiding

Submitted April 22, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Eduardo Martinez-Gloria appeals from the district court's judgment and

challenges his guilty-plea conviction and 50-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Martinez-Gloria's counsel has filed a brief stating that there are

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez-Gloria the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Martinez-Gloria has waived his right to appeal his conviction and 50-month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**